BEFORE THE FIRST DIVISION, DECEMBER 13, 1967

**No. P67/433.**—Kwan Yuen Co. v. United States, protests 63/6711, etc. (Los Angeles).

**No. P67/434.**—Moskatel's, Inc., et al. v. United States, protests 63/9699, etc. (Los Angeles).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rattan-core coolie hat planters, sleighs, trays, and hanging planters, similar in all material respects to those the subject of *Royal Cathay Trading Co.* and *W. J. Byrnes & Co. et al.* v. *United States* (56 Cust. Ct. 371, C.D. 2662), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 19, 1967

**No. P67/435.**—Border Brokerage Co. et al. v. United States, protests 61/4947, etc. (Seattle).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of dado saws similar in all material respects to those the subject of *Border Brokerage Company, Inc.* v. *United States* (56 Cust. Ct. 510, C.D. 2689), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 19, 1967

**No. P67/436.**—Malt Diastase Company v. United States, protest 66/24285 (New York).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of dehydrated leek similar in all material respects to that the subject of *Corn Products Co.* v. *United States* (55 Cust. Ct. 152, C.D. 2567), the claim of the plaintiff was sustained.